UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE A. JAMES, III,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:16-cv-1367

HON. JANET T. NEFF

# ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). Defendant filed a Motion to Dismiss (ECF No. 10). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 20, 2017, recommending that Defendant's motion be granted and Plaintiff's untimely complaint be dismissed. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 10) is GRANTED for the reasons stated in the Report and Recommendation.

A Judgment consistent with this Order will issue.

Dated: January 9, 2018                         /s/ Janet T. Neff
                                                                  JANET T. NEFF
                                                                  United States District Judge